HARRY RAVITCH *v.* STOLLMAN POULTRY FARMS, INC.,
ET AL.

The plaintiff's motion that this court decline to receive the brief and appendix of the defendants-appellees and that it order them stricken as unfit to be filed in the appeal from the Superior Court in Middlesex County is denied.

*Jerome M. Griner,* in support of the motion.

Submitted March 30—decided April 3, 1973

SARA M. DALY ET AL. *v.* ZONING COMMISSION OF THE
CITY OF BRIDGEPORT ET AL.

The petition by the defendant Milton Weiss for certification for appeal from the Court of Common Pleas in Fairfield County is denied.

*Charles M. Needle,* in support of the petition.

*Thomas N. Moore,* in opposition.

Submitted March 30—decided April 5, 1973

ESTHER BOGUE *v.* ZONING BOARD OF APPEALS OF THE
TOWN OF NORTH HAVEN

The defendant's petition for certification for appeal from the Court of Common Pleas in New Haven County is granted.

*Albert W. Cretella, Jr.,* in support of the petition.

*Benson A. Snaider,* in opposition.